[No. 17445-0-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO A. VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-8-00037-9, Donald W. Schacht, J., entered April 10, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 17633-9-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCE LEE DASSOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-00122-1, Greg D. Sypolt, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17900-1-III.    Division Three.    July 29, 1999.]

DAVID L. WARREN, SR., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-00326-9, James P. Hutton, J., entered October 5, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 22227-2-II.    Division Two.    July 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DAVID DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00904-1, Thomas Felnagle, J., entered July 9, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.